IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES LUDWIG and | : | CIVIL ACTION |
| KRISTEN HUGHES | : | |
| | : | |
| vs. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | NO. 10-4803 |

## **O R D E R**

**AND NOW,** this   6th   day of June, 2012, Judgment is entered in favor of the Defendant United States of America and against the Plaintiffs James Ludwig and Kristen Hughes.

BY THE COURT:


 /s/ Robert F. Kelly
ROBERT  F. KELLY
SENIOR  JUDGE